FILED 08 SEP 05 15:08 USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**NORENE GILLESPIE,**                       CV # 07-1221-HA

    Plaintiff,

vs.                                                ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $4,300.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 5 day of Sept, 2008.

_____
United States District Judge

Submitted on September 3, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1